# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>    Petitioner,<br><br>v.<br><br>DAVE DAVEY, Warden,<br><br>    Respondent. | Case No. CV 14-7451 SVW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1       IT IS ORDERED that the motion to dismiss is granted and that a judgment
2 be entered dismissing this action with prejudice.

DATE: __11/12/15_____      _____
                                                          HON. STEPHEN V. WILSON
                                                          UNITED STATES DISTRICT JUDGE