# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVEY, Warden,<br><br>　　　　Respondent. | Case No. CV 14-7451 SVW (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: __11/12/2015_____　　　_____
　　　　　　　　　　　　　　　　　HON. STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE